1    DAVID L. ANDERSON (CABN 149604)
     United States Attorney
2
     HALLIE HOFFMAN (CABN 210020)
3    Chief, Criminal Division

4    MAUREEN C. BESSETTE (CABN 165775)
     Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        Fax: (510) 637-3724
         Email: Maureen.Bessette@usdoj.gov
8
     Attorneys for United States of America
9

**FILED**

Jan 8 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13   IN RE:                           )   CR   4:21-xr-90038-NC
                                      )
14   REQUEST FROM KAZAKHSTAN,         )   Order Appointing Commissioner
                                      )
15                                    )
                                      )
16   _____ )

17           Upon application of the United States, and upon review of the request seeking evidence pursuant

18   to a request for legal assistance made by Kazakhstan to the United States, and the Court having fully

19   considered this matter,

20           IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512 and this

21   Court's inherent authority, that Assistant United States Attorney Maureen C. Bessette is appointed

22   Commissioner of this Court for purposes of executing the request from the requesting foreign authorities

23   to collect evidence, including obtaining documents and taking testimony, and other acts as necessary to

24   comply with the treaty request.  In executing the request, the following rules shall govern:

25       1. The Commissioner may issue a Commissioner's Subpoena to be served within the United States

26          ordering a person or company to appear, testify, and produce evidence; and the Commissioner

27          may administer oaths in the taking of evidence;

28       2. The Commissioner may adopt procedures to collect the evidence requested by the requesting

ORDER APPOINTING COMMISSIONER

1

1    foreign authorities in their request, using procedures provided by treaty, if any;

2    3.  The Commissioner may be accompanied by or represented by persons in the collection of the

3        evidence, including agents of the Internal Revenue Service, and may be accompanied by

4        representatives of the requesting foreign authorities;

5    4.  A person or company can object by motion timely filed with this Court;

6    5.  The Commissioner may seek such further orders of this Court as are necessary to execute the

7        Request, including orders to show cause why persons served with Commissioner Subpoenas who

8        fail to appear and/or produce evidence should not be held in contempt, and protective orders to

9        regulate the use of evidence collected; and

10   6.  The Commissioner shall certify and submit the evidence collected to the U.S. Department of

11       Justice, or as otherwise directed, for transmission to the requesting foreign authorities.

12

13   DATED:  January _8_, 2021                         _____

14                                                      NATHANAEL COUSINS



15                                                      United States Magistrate Judge

16                                                      Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPOINTING COMMISSIONER

2